| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Christopher Mark Gelineau<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–0199<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Hillary Anne Gelineau<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–6615<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Michigan | Date case filed for chapter: | 7 5/27/25 |
| Case number: | 25–45419–tjt | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Christopher Mark Gelineau | Hillary Anne Gelineau |
| 2. **All other names used in the last 8 years** | | aka Hillary Anne Kellock, fka Hillary Anne Niesz |
| 3. **Address** | 12660 Elk Ridge Crossing<br>Holly, MI 48442 | 12660 Elk Ridge Crossing<br>Holly, MI 48442 |
| 4. **Debtor's attorney**<br>Name and address | Edward J. Gudeman<br>Gudeman & Associates, P.C.<br>401 N. Main Street<br>Royal Oak, MI 48067–5402 | Contact phone: 248–546–2800 |
| 5. **Bankruptcy trustee**<br>Name and address | K. Jin Lim<br>176 S. Harvey<br>Plymouth, MI 48170 | Contact phone: (734) 416–9420 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at https://pacer.uscourts.gov. | **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br><br>Contact phone: 313−234−0065 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Todd M. Stickle<br><br>Hours open:<br>8:30am−4:00pm Monday−Friday<br><br>Date: 5/27/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 1, 2025 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>Zoom video meeting. Go to Zoom.us/join. Enter Meeting ID 750 681 3468, and Passcode 5614121789, OR call (734) 845−9480.<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 9/2/25 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Eastern District of Michigan

In re: Case No. 25-45419-tjt
Christopher Mark Gelineau Chapter 7
Hillary Anne Gelineau
Debtors

# CERTIFICATE OF NOTICE

District/off: 0645-2 User: admin 
Date Rcvd: May 27, 2025 Form ID: 309A Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Mark Gelineau, Hillary Anne Gelineau, 12660 Elk Ridge Crossing, Holly, MI 48442-8255 |
| 28487320 | + | AC Delco, Leigh Taggart Honigman LLP, 39400 Woodward Ave, Suite 101, Bloomfield Hills, MI 48304-5151 |
| 28487322 | + | Allegiant Power, LLC, 2180 Immokalee Rd #205, Naples, FL 34110-1422 |
| 28487323 | + | Boris Yankovich, 1 World Trade Center, Suite 8500, New York, NY 10007-0089 |
| 28487324 | + | Brown Borkowski & Morrow, 37887 W 12 Mile Road, Farmington, MI 48331-3033 |
| 28487325 | + | CAN Capital, Vincent Aubrey, 3050 Peachtree NW, Suite 240, Atlanta, GA 30305-2212 |
| 28487331 | + | Energy Products c/o Steven Lynch, Muller Muller Richmond and Harms, 33233 Woodward, Birmingham, MI 48009-0903 |
| 28487332 | | Fresh Funding, Kevin Kavanaugh, 331 W Big Beaver, Suite 109, Troy, MI 48084 |
| 28487335 | + | Haven Group CPA, 20500 Eureka, Taylor, MI 48180-6332 |
| 28487336 | + | Henry Ford Cornerstone Medical Group, PO Box 14099, Belfast, ME 04915-4034 |
| 28487337 | + | Henry Ford Health OptimEyes, 735 John R Rd, Suite 150, Troy, MI 48083-5859 |
| 28487338 | + | Hilton Resorts jCorp Ocean 22, 6355 Metra West Blvd, Orlando, FL 32835-6433 |
| 28487341 | + | Intuit Financing, Weltman Weinberg and Reis, 5990 W Creek, Suite 200, Independence, OH 44131-2191 |
| 28487342 | #+ | Jennifer Caudill MD PLLC, Congress Collection, 701 Snow Rd, Suite C, Lansing, MI 48917-4087 |
| 28487344 | | Kalamata Capital, Berkovitch & Bouskila, 1545 US 202, Suite 101, Atlanta, GA 30305 |
| 28487346 | + | Leigh Moss, Moss Law PLC, 4190 Telegraph, Suite 3000, Bloomfield Hills, MI 48302-2082 |
| 28487348 | + | Michael Hamblin, Maddin Hauser Roth & Heller, One Town Sq, Fifth Floor, Southfield, MI 48076-3732 |
| 28487349 | + | Motown Battery Company Inc., 1026 Rankin St., Troy, MI 48083-6017 |
| 28487350 | + | Motwon Battery Co., Inc., c/o Moss Law PLC / Leigh Moss, 4190 Telegraph Rd., Suite 3000, Bloomfield Hills, MI 48302-2082 |
| 28487351 | + | My Hybrid CPA / Jeremy Chupack, 1229 S. Washington Ave., Royal Oak, MI 48067-3221 |
| 28487353 | + | Quest Labs, PO Box 825, South Windsor, CT 06074-0825 |
| 28487355 | + | Ri Student Loan Author, 935 Jefferson Blvd, Warwick, RI 02886-2225 |
| 28487356 | + | Rocket Capital, 1250 E Hallandale Beach Blvd Suite 505, Hallandale, FL 33009-4635 |
| 28487360 | + | U of M Health Sparrow, 7364 Solution Center, Chicago, IL 60677-7003 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@gudemanlaw.com | May 28 2025 00:06:00 | Edward J. Gudeman, Gudeman & Associates, P.C., 401 N. Main Street, Royal Oak, MI 48067-5402 |
| tr | + | Email/Text: kjinlim7@gmail.com | May 28 2025 00:07:00 | K. Jin Lim, 176 S. Harvey, Plymouth, MI 48170-1616 |
| 28487321 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2025 00:15:51 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 28487326 | + | EDI: CAPITALONE.COM | May 28 2025 03:54:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 28487329 | + | EDI: JPMORGANCHASE | May 28 2025 03:54:00 | Chase Bank, PO BOX 15548, Wilmington, DE 19886-5548 |
| 28487327 | + | EDI: JPMORGANCHASE | | |

| | | | | |
|---|---|---|---|---|
| | | | May 28 2025 03:54:00 | Chase Bank, 340 S Cleveland, Bldg 370, Westerville, OH 43081-8917 |
| 28487330 | + | Email/PDF: creditonebknotifications@resurgent.com | May 28 2025 00:15:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 28487333 | + | EDI: PHINAMERI.COM | May 28 2025 03:54:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 28487334 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 28 2025 00:07:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 28487339 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 28 2025 00:08:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 28487340 | + | EDI: PHINGENESIS | May 28 2025 03:54:00 | Indigo, Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 28487318 | | EDI: IRS.COM | May 28 2025 03:54:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 28487343 | + | EDI: JPMORGANCHASE | May 28 2025 03:54:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 28487345 | + | EDI: CCS.COM | May 28 2025 03:54:00 | LabCorp, Credit Collection Services, PO Box 337, Norwood, MA 02062-0337 |
| 28487347 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 28 2025 00:06:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 28487319 | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | May 28 2025 00:08:00 | Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909-7668 |
| 28487352 | + | Email/Text: mtgbk@shellpointmtg.com | May 28 2025 00:06:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 28487354 | + | Email/Text: BankruptcyMail@questdiagnostics.com | May 28 2025 00:08:00 | Quest Labs, PO Box 740780, Cincinnati, OH 45274-0780 |
| 28487357 | + | Email/Text: PDELINQ@sba.gov | May 28 2025 00:07:00 | Small Business Administration, 14925 Kingsport Rd., Fort Worth, TX 76155-2243 |
| 28487358 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 28 2025 00:15:41 | So-Fi, 2750 Cottonwood Pkwy, Suite 300, Salt Lake City, UT 84121-7285 |
| 28487359 | + | EDI: SYNC | May 28 2025 03:54:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 28487316 | | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | May 28 2025 00:06:00 | U.S. Attorney, Atten: Civil Division, 211 W. Fort Street, Suite 2001, Detroit, MI 48226-3220 |
| 28487317 | + | Email/Text: ustpregion09.de.ecf@usdoj.gov | May 28 2025 00:07:00 | U.S. Trustee, 211 W. Fort Street, Room 743, Detroit, MI 48226-3263 |
| 28487361 | | Email/Text: bknotice@upgrade.com | May 28 2025 00:06:00 | Upgrade, 2 N Central, Floor 10, Phoenix, AZ 85004 |
| 28487362 | + | EDI: LCIUPSTART | May 28 2025 03:54:00 | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |
| 28487363 | + | EDI: VERIZONCOMB.COM | May 28 2025 03:54:00 | Verizon, PO BOX 15062, Albany, NY 12212-5062 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28487328 | *+ | Chase Bank, 340 S. Cleveland, Bldg 370, Westerville, OH 43081-8917 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025 Signature: /s/Gustava Winters