**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| GELINEAU, CHRISTOPHER MARK<br>GELINEAU, HILLARY ANNE | Case No. 25-45419 TJT<br>Chapter 7<br>Hon. Thomas J. Tucker |
| Debtors.<br>_______________________________/ | |

## NOTIFICATION OF ASSET CASE (NO CLAIMS BAR DATE SET)

**CLERK OF THE U.S. BANKRUPTCY COURT:**

K. Jin Lim, the duly appointed Chapter 7 Trustee in the above-named captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: July 14, 2025

/s/ K. Jin Lim
K. JIN LIM, TRUSTEE
176 S. Harvey Street
Plymouth, MI 48170
(734) 416-9420
kjinlim7@gmail.com