**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 25−45419−tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))

Christopher Mark Gelineau
12660 Elk Ridge Crossing
Holly, MI 48442

Hillary Anne Gelineau
aka Hillary Anne Kellock, fka Hillary Anne Niesz
12660 Elk Ridge Crossing
Holly, MI 48442

Social Security No.:
xxx−xx−0199
xxx−xx−6615

Employer's Tax I.D. No.:

---

**NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**October 16, 2025**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope. A proof of claim may also be filed electronically using the Electronic Proof of Claim (ePOC) program located on the Michigan Eastern Bankruptcy Court's website: (https://www.mieb.uscourts.gov).

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 7/15/25

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court