**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

In Re: Christopher Mark Gelineau
and Hillary Anne Gelineau

Case No. 25-45419
Chapter 7
Hon. Thomas J. Tucker

Debtor(s).
______________________________/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes the U.S. Small Business Administration to withdraw proof of claim number 17 filed on August 18, 2025. This document was erroneously filed.

/s/ Suzanne Ulicny
Suzanne Ulicny (P63936)
Legal Counsel
U.S. Small Business Administration
477 Michigan Avenue, Suite 1819
Detroit, MI 48226
(347) 365-0161
suzanne.ulicny@sba.gov