UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Christopher Mark Gelineau (xxx-xx-0199)<br>Hillary Anne Gelineau (xxx-xx-6615)<br>12660 Elk Ridge Crossing<br>Holly, MI 48442<br>Debtors | Case No: 25-45419-tjt<br><br>Chapter 7<br><br>Hon. Thomas J. Tucker |

**DEBTORS' OBJECTION TO CLAIM OF ALLEGIANT POWER, LLC (CLAIM #32)**

NOW COME Debtors, by and through Counsel, and for their objection to the claim of Allegiant Power, LLC (Claim #32) state as follows:

1. Debtors filed for Chapter 7 bankruptcy relief on May 27, 2025.
2. On October 15, 2025, Creditor Allegiant Power, LLC (hereafter, "Creditor") filed their proof of claim, in the amount of $53,035.85 in unsecured debt, based on Judgment Lien dated April 9, 2025, attached to the proof of claim.
3. The claim is objectionable because after Creditor received the Judgment lien on April 9, 2025, Creditor then seized assets of the debtors and the debtors business. Some assets of the debtors were returned, but not all. Assets of the business were not returned, and it is the belief of the debtor that Allegiant Power, LLC sold these assets at auction. Some of the assets that were seized and either sold or not returned to the debtor include but are not limited to:

    a. 2018 Transit van

    b. 68" Snap On Tool Box

    c. All tools inside 68" Snap On Tool Box

d. Canon Printer

e. Three (3) Trojan Batteries

4. Despite retaining the above assets of the debtor and the debtors business, Creditor never amended their proof of claim to reflect those assets/funds from the sale of those assets.

WHEREFORE, for the foregoing reasons, debtors request that this honorable Court disallow the claim of Allegiant Power, LLC (Claim #32) in the amount of $53,035.85 in its entirety.

Respectfully submitted,

*/s/ Edward J. Gudeman*

Edward J. Gudeman (P-14454)
Gudeman & Associates, P.C.
Attorneys for Debtor
401 N. Main St.
Royal Oak, MI 48067
Ph: 248-546-2800
ecf@gudemanlaw.com

Dated: June 25, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re:<br>Christopher Mark Gelineau (xxx-xx-0199)<br>Hillary Anne Gelineau (xxx-xx-6615)<br>12660 Elk Ridge Crossing<br>Holly, MI 48442<br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case No: 25-45419-tjt<br><br>Chapter 7<br><br>Hon. Thomas J. Tucker |

**(PROPOSED) ORDER DISALLOWING THE CLAIM OF ALLEGIANT POWER, LLC (CLAIM #32)**

This matter came before the Court upon the Debtors' Objection (the "Claim Objection"; ECF No. ___) to Proof of Claim 32 filed on behalf of Allegiant Power, LLC (the "Claim"). Required parties were served with the Claim Objection and with notice of the deadline for responses thereto. No response to the Claim Objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Claim and the Claim Objection and is advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the claim of Allegiant Power, LLC (Claim #32) is disallowed in the amount of $53,035.85.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re:<br>Christopher Mark Gelineau (xxx-xx-0199)<br>Hillary Anne Gelineau (xxx-xx-6615)<br>12660 Elk Ridge Crossing<br>Holly, MI 48442<br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case No: 25-45419-tjt<br><br>Chapter 7<br><br>Hon. Thomas J. Tucker |

**NOTICE OF DEBTORS' OBJECTION TO CLAIM OF ALLEGIANT POWER, LLC (CLAIM #32)**

Debtors have filed papers with the Court to object to the claim of Allegiant Power, LLC (Claim #32). **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an order granting debtors the requested relief or if you want the Court to consider your view on the Objection, at least (7) days prior to August 19, 2026 (the date set for hearing on the objection), you or your attorney must:

1. File with the Court a written response or an answer, explaining your position, at: United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort St., Detroit, MI 48226. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to:

Gudeman & Assoc., P.C.
401 N. Main. St.
Royal Oak, MI, 48067

Chapter 7 Trustee – K. Jin Lim
176 S. Harvey
Plymouth, MI 48170

2. Attend the hearing on the objection, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

The hearing is scheduled for August 19, 2026, at 9:00am

The hearing will be held at: 211 West Fort St., Room 1925, Detroit, MI 48226. **Note: this hearing will be conducted by telephone**. At least five minutes before the scheduled time for hearing, counsel, parties, and all other persons wishing to attend the hearing should call (202) 503-1666 and use Conference ID 654 240 580#. Counsel, parties, and all other persons calling in should place their phone on mute and wait until their case is called. After the case is called, counsel and parties should unmute their phone in order to enter their appearance and to speak, but should keep their phone on mute when not speaking. Anyone who dials into a court hearing is prohibited from placing the court call on hold.

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be cancelled, and the objection sustained.**

Respectfully submitted,

*/s/ Edward J. Gudeman*
Edward J. Gudeman (P-14454)
Gudeman & Associates, P.C.
Attorneys for Debtor
401 N. Main St.
Royal Oak, MI 48067
Ph: 248-546-2800
ecf@gudemanlaw.com

Dated: June 25, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re:<br>Christopher Mark Gelineau (xxx-xx-0199)<br>Hillary Anne Gelineau (xxx-xx-6615)<br>12660 Elk Ridge Crossing<br>Holly, MI 48442<br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case No: 25-45419-tjt<br><br>Chapter 7<br><br>Hon. Thomas J. Tucker |

**CERTIFICATE OF SERVICE**

Counsel for Debtors certifies that on June 25, 2026, he served the documents listed below on the parties listed below and that he served the same either by way of electronic notification through the ECF system or by mailing the same by way of first class mail, through the United States Postal Service, postage prepaid.

DOCUMENTS SERVED

- *Debtors' Objection to the Claim of Allegiant Power, LLC (Claim #32)*
- *Notice of Objection*
- *Proposed Order, and this*
- *Certificate of Service*

PARTIES SERVED

Chapter 7 Trustee, K. Jin Lim (via ECF)

Allegiant Power, LLC
2180 Immokalee Rd #205
Naples, FL 34110

Respectfully submitted,

*/s/ Edward J. Gudeman*
Edward J. Gudeman (P-14454)
Gudeman & Associates, P.C.
Attorneys for Debtor
401 N. Main St.
Royal Oak, MI 48067
Ph: 248-546-2800
ecf@gudemanlaw.com

Dated: June 25, 2026