UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re:<br>Christopher Mark Gelineau<br>and<br>Hillary Anne Gelineau,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>) | Case No: 25-45419-tjt<br><br>Chapter 7<br><br>Judge Thomas J. Tucker |

**ORDER SUSTAINING THE DEBTORS' OBJECTION TO THE CLAIM OF ALLEGIANT POWER, LLC (CLAIM NO. 32)**

This case is before the Court on the Debtors' objection (Docket # 95, the "Claim Objection") to proof of claim no. 32 filed by Allegiant Power, LLC (the "Claim"). Required parties were served with the Claim Objection and with notice of the deadline for responses thereto. No response to the Claim Objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Claim and the Claim Objection, and finds good cause to enter this Order.

IT IS ORDERED that the claim of Allegiant Power, LLC (Claim No. 32) is disallowed in its entirety.

IT IS FURTHER ORDERED that the telephonic hearing on the Claim Objection, scheduled for August 19, 2026 at 9:00 a.m., is cancelled.

**Signed on August 13, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**