# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 25-45419 TJT
**Case Name:** CHRISTOPHER MARK GELINEAU
HILLARY ANNE GELINEAU
**For Period Ending:** 09/30/2026

**Trustee Name:** (420180) K. Jin Lim
**Date Filed (f) or Converted (c):** 05/27/2025 (f)
**§ 341(a) Meeting Date:** 07/01/2025
**Claims Bar Date:** 10/16/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12660 ELK RIDGE CROSSING, HOLLY, MI 48442-0000, OAKLAND COUNTY<br>p/o 01/22/26 [docket #88] | 544,600.00 | 117,468.00 | | 54,000.00 | FA |
| 2 | 2022 HYUNDAI PALISADE, 36000 MILES | 22,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2022 CHEVY SILVERADO HD, 95000 MILES | 45,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2012 TOYOTA CAMRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | FURNITURE - $2000 HOT TUB - $5000 KITCHENWARE - $150 GRILL - $50 BLACKSTONE - $200 JOHN DEERE LAWN MOWER - $1000 HUSQVARNA SNOW BLOWER - $250 68" SNAP ON TOOL BOX - $6000 TOOLS - $2500 | 18,500.00 | 0.00 | | 0.00 | FA |
| 6 | 65" TV - $200 65" TV - $150 55" TV - $100 IPHONE 15 - $500 IPHONE 14 - $400 HP LAPTOP - $50 HP LAPTOP - $150 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | PELOTON BIKE - $400 ROWER - $100 ELIPTICAL MACHINE - $50 WEIGHTS - $100 CAMERA - $50 | 700.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHES AND SHOES | 400.00 | 0.00 | | 0.00 | FA |
| 9 | CLOTHES AND SHOES 5 COACH OUTLET PURSES - $500 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | WOMAN'S WEDDING BAND - $1000 COSTUME JEWELRY - $250 | 1,250.00 | 0.00 | | 0.00 | FA |
| 11 | MAN'S WEDDING BAND - $500 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | 1 ENGLISH BULLDOG | 0.00 | 0.00 | | 0.00 | FA |
| 13 | CASH | 30.00 | 0.00 | | 0.00 | FA |
| 14 | CHECKING: BANK OF AMERICA | 0.00 | 0.00 | | 0.00 | FA |
| 15 | CHECKING: CHASE | 1.08 | 0.00 | | 0.00 | FA |
| 16 | CASHAPP: CASH APP | 0.00 | 0.00 | | 0.00 | FA |
| 17 | PAYPAL: PAYPAL | 1,370.48 | 0.00 | | 0.00 | FA |
| 18 | PAYPAL: PAYPAL | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VENMO: VENMO | 0.00 | 0.00 | | 0.00 | FA |
| 20 | STASH: STASH ACCOUNT | 42.03 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 25-45419 TJT
**Case Name:** CHRISTOPHER MARK GELINEAU
HILLARY ANNE GELINEAU

**For Period Ending:** 09/30/2026

**Trustee Name:** (420180) K. Jin Lim
**Date Filed (f) or Converted (c):** 05/27/2025 (f)
**§ 341(a) Meeting Date:** 07/01/2025
**Claims Bar Date:** 10/16/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | DETROIT BATTERY COMPANY, LLC BATTERY RETAILER. COMPANY FOLDED AFTER ISSUES WITH AC DELCO. $4,420.00 IN BANK OF AMERICA BUSINESS BANK ACCOUNT AND $1,094.05 IN SECURITY CREDIT UNION BUSINESS ACCOUNT. 2018 TRANSIT 350HD WORTH ABOUT $4,000. CANON OFFICE PRINTER, BATTERY CHARGER/TESTER, AND 3 TROJAN INDUSTRIAL BATTERIES VALUED AROUND $800. NO LONGER HAS PHYSICAL STORE FRONT, BUT IS OPERATING ON WEBSITE AT THIS TIME. PROPERTY OUT OF WHICH BUSINESS OPERATED WAS LEASED. BUSINESS HAS LARGE LIABILITIES TO CREDITORS THAT GREATLY EXCEED ANY ASSETS., 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 401K: SOLVO 401K | 55,000.00 | 0.00 | | 0.00 | FA |
| 23* | 2023 AND 2024 TAX REFUNDS - DEBTORS HAVE NOT FILED 23 OR 24 TAX REUTRNS BUT BELIEVE THEY ARE OWED A REFUNDS OF ABOUT $20,000 FOR EACH YEAR ESTIMATED 2025 REFUND ($10,000) AND PRORATED THROUGH MAY = 4,166. VALUE IS ESTIMATED.: FEDERAL (See Footnote) | 44,166.00 | 23,205.38 | | 23,211.64 | FA |
| 24* | $4,000 CASH THAT WAS SEIZED BY GREAT LAKES CIVIL SERVICE - AGENT MILLER, SUPERVISOR SCOTT HOPE (See Footnote) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 25 | Bank of America garnished funds (u) | 1,818.32 | 1,818.32 | | 1,818.32 | FA |
| 26 | 2025 federal tax refund (u) | 6,563.00 | 1,300.20 | | 1,300.20 | FA |
| 27 | State of Michigan tax refunds (u)<br>value unknown at this time | Unknown | 1.00 | | 0.00 | 1.00 |
| **27** | **Assets Totals (Excluding unknown values)** | **$749,940.91** | **$147,792.90** | | **$84,330.16** | **$1.00** |

RE PROP# 23 2023 tax refund $6,522.38; 2024 tax refund $15,358.00

RE PROP# 24 AP 25-4206 filed but voluntarily dismissed on 10/28/25

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 25-45419 TJT
**Case Name:** CHRISTOPHER MARK GELINEAU
HILLARY ANNE GELINEAU

**For Period Ending:** 09/30/2026

**Trustee Name:** (420180) K. Jin Lim
**Date Filed (f) or Converted (c):** 05/27/2025 (f)
**§ 341(a) Meeting Date:** 07/01/2025
**Claims Bar Date:** 10/16/2025

**Major Activities Affecting Case Closing:**

09/30/26 continuing to wait for MI tax refunds
08/13/26 obj to claim #32 sustained
07/22/26 2024 federal tax refund received; awaiting Michigan tax refunds
07/20/26 2023 federal tax refund received
07/10/26 per IRS email, refunds will be forwarded shortly.
07/09/26 waiting for debtor's 2023 and 2024 tax refunds; in contact with IRS and State of Michigan regarding status
07/06/26 payment received and 2025 tax refund received from IRS
06/25/26 obj to claim #32 filed by debtors
06/08/26 payment received
05/11/26 payment received
04/27/26 debtor's bonus received pursuant to 01/22/26 [docket #88] order, item #2
04/06/26 payment received
03/09/26 payment received on real property
02/09/26 payment received from debtor re: real property
11/04/25 seized funds received from Allegiant Power
10/17/25 compromise with debtor approved; waiting for funds
10/14/25 Adv proc filed to recover money from Allegiant Power
09/22/25 compromise with debtors pending re: real property
07/14/25 garnished funds from Bank of America received
07/09/25 investigate debtors' financial affairs. so

**Initial Projected Date Of Final Report (TFR):** 12/31/2026
**Current Projected Date Of Final Report (TFR):** 12/31/2026

10/13/2026
Date

/s/K. Jin Lim
K. Jin Lim

# Form 2

# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 25-45419 TJT | **Trustee Name:** | K. Jin Lim (420180) |
| **Case Name:** | CHRISTOPHER MARK GELINEAU<br>HILLARY ANNE GELINEAU | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******5870 Checking |
| **Taxpayer ID #:** | **-***1707 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 09/30/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/25 | {25} | Bank of America | garnished funds (paid in full) | 1229-000 | 1,818.32 | | 1,818.32 |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,813.32 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,808.32 |
| 09/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,803.32 |
| 10/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,798.32 |
| 11/04/25 | {24} | Allegiant Power LLC | full return of preference payment | 1129-000 | 4,000.00 | | 5,798.32 |
| 11/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.50 | 5,790.82 |
| 12/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.51 | 5,780.31 |
| 01/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.26 | 5,771.05 |
| 02/09/26 | {1} | Bank of America/Christopher Gelineau | settlement payment p/o 01/22/26 | 1110-000 | 16,243.12 | | 22,014.17 |
| 02/27/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 24.25 | 21,989.92 |
| 03/09/26 | {1} | Christopher Gelineau | settlement payment p/o 01/22/26 | 1110-000 | 1,000.00 | | 22,989.92 |
| 03/31/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.76 | 22,951.16 |
| 04/06/26 | {1} | Christopher Gelineau | settlement payment p/o 01/22/26 | 1110-000 | 1,000.00 | | 23,951.16 |
| 04/27/26 | {1} | Christopher Gelineau | settlement payment p/o 01/22/26 | 1110-000 | 9,510.68 | | 33,461.84 |
| 04/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.58 | 33,422.26 |
| 05/11/26 | {1} | Christopher Gelineau | settlement payment p/o 01/22/26 | 1110-000 | 1,000.00 | | 34,422.26 |
| 05/29/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.74 | 34,369.52 |
| 06/08/26 | {1} | Christopher Gelineau | settlement payment p/o 01/22/26 | 1110-000 | 1,000.00 | | 35,369.52 |
| 06/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 59.93 | 35,309.59 |
| 07/06/26 | {1} | Christopher Gelineau | settlement payment p/o 01/22/26 | 1110-000 | 18,983.40 | | 54,292.99 |
| 07/06/26 | | United States Treasury | 2025 federal tax refund | | 6,563.00 | | 60,855.99 |
| | {26} | | nonexempt tax refund $1,300.20 | 1224-000 | | | |
| | {1} | | tax refund applied to liability p/o 01/22/26 [docket #88] $5,262.80 | 1110-000 | | | |
| 07/20/26 | {23} | United States Treasury | 2023 federal tax refund | 1124-000 | 6,919.22 | | 67,775.21 |
| 07/22/26 | {23} | United States Treasury | 2025 federal tax refund | 1124-000 | 16,292.42 | | 84,067.63 |
| 07/31/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 104.49 | 83,963.14 |
| 08/31/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 130.08 | 83,833.06 |
| 09/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 143.33 | 83,689.73 |

**Page Subtotals:** $84,330.16 $640.43



*{ } Asset Reference(s)* *! - transaction has not been cleared*

# Form 2

# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 25-45419 TJT | **Trustee Name:** | K. Jin Lim (420180) |
| **Case Name:** | CHRISTOPHER MARK GELINEAU | **Bank Name:** | Metropolitan Commercial Bank |
| | HILLARY ANNE GELINEAU | **Account #:** | ******5870 Checking |
| **Taxpayer ID #:** | **-***1707 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 09/30/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **84,330.16** | **640.43** | **$83,689.73** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **84,330.16** | **640.43** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$84,330.16** | **$640.43** | |



*{ } Asset Reference(s)* *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 25-45419 TJT | **Trustee Name:** | K. Jin Lim (420180) |
| **Case Name:** | CHRISTOPHER MARK GELINEAU<br>HILLARY ANNE GELINEAU | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******5870 Checking |
| **Taxpayer ID #:** | **-***1707 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 09/30/2026 | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $84,330.16 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $84,330.16 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******5870 Checking | $84,330.16 | $640.43 | $83,689.73 |
| | **$84,330.16** | **$640.43** | **$83,689.73** |

10/13/2026
Date

/s/K. Jin Lim
K. Jin Lim